# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

SANTOS CASTILLO-QUINTANA,

                Petitioner,

                                   CASE NO. 17-CR-20043-JAR-03
v.                                CIVIL NO. 19-CV-2618-JAR-JPO

UNITED STATES OF AMERICA,

                Respondent.

( )    **JURY VERDICT.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( x )    **DECISION BY THE COURT.**   This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order Dismissing Petitioner Santos Castillo-Quintana's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence filed in 17-20043-JAR-3 (Doc. 211), Defendant's Motion to Vacate Under 28 U.S.C. § 2255 (Doc. 177) is hereby **dismissed**. Petitioner is denied a Certificate of Appealability.

       IT IS SO ORDERED

       Dated:    August 23, 2021

                                               TIMOTHY M. O'BRIEN, CLERK

                                                s/Bonnie Wiest
                                                **Deputy Clerk**